

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2018

No. 04-18-00756-CV

**IN THE INTEREST OF A.M.S., ET AL CHILDREN,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01328
Honorable Renée Yanta, Judge Presiding

# O R D E R

This is a parental termination case in which appellant filed a notice of appeal as well as a motion to extend time for appeal. In the motion to extend, appellant asserts that no final, signed order exists, but that she is filing a notice of appeal in the event that the trial court's notes are construed as a final judgment. On October 23, 2018, the Bexar County district clerk filed the clerk's record, and it also does not contain a copy of a signed order terminating appellant's parental rights. Rather, the clerk's record contains a document titled "JUDGE'S NOTES."

This court has specifically held that "[a] judge's handwritten notes are for his or her own convenience and form no part of the record." *In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804584, at *1 (Tex. App.—San Antonio July 17, 2013, no pet.) (citing *In re A.W.*, 384 S.W.3d 872, 873 (Tex. App.—San Antonio 2012, no pet.)). Because a judge's notes do not constitute an appealable order, it appears there is no judgment or order from which appellant may appeal.

Accordingly, we order appellant to show cause in writing to this court on or before **November 9, 2018** why this appeal should not be dismissed for lack of jurisdiction based on the absence of an appealable order or judgment. We further order the appellate deadlines suspended until further order of this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2018.



KEITH E. HOTTLE,
Clerk of Court